ORIGINAL

FILED
2007 SEP 20 PM 4: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; UMG RECORDINGS, INC.; SONY
7  BMG MUSIC ENTERTAINMENT; CAPITOL
   RECORDS, INC.; ATLANTIC RECORDING
8  CORPORATION; and ELEKTRA
   ENTERTAINMENT GROUP INC.
9

E-filing

10           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11

EDL

12

13  BMG MUSIC, a New York general partnership;       CASE NO.
    UMG RECORDINGS, INC., a Delaware
14  corporation; SONY BMG MUSIC                      **CERTIFICATION OF INTERESTED
    ENTERTAINMENT, a Delaware general                ENTITIES OR PERSONS**
15  partnership; CAPITOL RECORDS, INC., a
16  Delaware corporation; ATLANTIC
    RECORDING CORPORATION, a Delaware
17  corporation; and ELEKTRA
    ENTERTAINMENT GROUP INC., a Delaware
18  corporation,
19                  Plaintiffs,
20       v.
21
22  JOHN DOE,
                    Defendant.
23
24
25
26
27
28

Certification of Interested Entities or Persons
Case No.
#32617 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:
6   The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
7   Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8   Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9   Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10  Corporation is publicly traded in the U.S.
11  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14  publicly traded. Vivendi S.A. is publicly traded in France.
15  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19  Corporation is publicly traded in the U.S.
20  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
21  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
22  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
23  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
24  company. EMI Group plc. is publicly traded in the U.K.
25  The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
26  CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
27  and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
28  Warner Music Group Corp. is publicly traded in the U.S.

1   The following companies are parents of, or partners in Plaintiff ELEKTRA
2   ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
3   Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
4   Group Corp. is publicly traded in the U.S.

6   Dated: September 20, 2007                    HOLME ROBERTS & OWEN LLP

                                                 By: /s/ Matthew Jaksa
                                                 MATTHEW FRANKLIN JAKSA
                                                 Attorney for Plaintiffs
                                                 BMG MUSIC; UMG RECORDINGS,
                                                 INC.; SONY BMG MUSIC
                                                 ENTERTAINMENT; CAPITOL
                                                 RECORDS, INC.; ATLANTIC
                                                 RECORDING CORPORATION; and
                                                 ELEKTRA ENTERTAINMENT GROUP
                                                 INC.

2