Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; UMG RECORDINGS, INC.; SONY
BMG MUSIC ENTERTAINMENT; CAPITOL
RECORDS, INC.; ATLANTIC RECORDING
CORPORATION; and ELEKTRA
ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | CASE NO. C 07-04882 EDL |
| | The Honorable Elizabeth D. Laporte |
| | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| JOHN DOE, | |
| Defendant. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04882 EDL
#34539 v1

1        Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through

2    their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against

3    Defendant John Doe, also identified as ID #126527767 with IP address 207.62.146.100 2007-04-23

4    19:57:03 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully

5    requested to close this file.

6    Dated:  December 19, 2007                    HOLME ROBERTS & OWEN LLP

7

8                                              By:  */s/ Matthew Franklin Jaksa*

9                                                   MATTHEW FRANKLIN JAKSA
                                                    Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. Case No. C 07-04882 EDL
#34539 v1